Argued and submitted September 5, affirmed November 13, 2002, petition for review denied February 25, 2003 (335 Or 217)

MICHAEL D. SUTTON,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

0012771M; A115741

57 P3d 948

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong* and Kistler, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Armstrong, J., *vice* Warren, S. J.